IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY DEMOSS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELAWARE STATE UNIVERSITY, et al., )<br>)<br>Defendants. )<br>) | C.A. No. 16-cv-00680-GMS |

## <u>ORDER</u>

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED that:

1. The Defendants' motion to dismiss Counts I and II against Individual Defendants (D.I. 5) is GRANTED with leave to amend;

2. The Defendants' motion to dismiss Count III against Delaware State University is GRANTED with leave to amend.

Dated: September 7, 2017

UNITED STATES DISTRICT COURT