IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY DEMOSS, )<br>)<br>Plaintiff, )<br>)<br>v. ) C.A. No. 16-680 (MN)<br>)<br>IRENE CHAPMAN-HAWKINS, in her )<br>individual capacity, TERESA HARDEE, in )<br>her individual capacity, and HARRY L. )<br>WILLIAMS, in his individual capacity, )<br>)<br>Defendants. ) | |

## ORDER

At Wilmington this 9th day of April 2019:

For the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Defendants' Objections to United States Chief Magistrate Judge Thynge's Report and Recommendation dated March 7, 2019 (D.I. 47) are OVERRULED.

2. The Report and Recommendation (D.I. 45) is ADOPTED.

3. Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint (D.I. 34) is DENIED.

The Honorable Maryellen Noreika
United States District Judge